JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

1009 Clinton Properties, LLC

**(b)** County of Residence of First Listed Plaintiff    Montgomery
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mario Barnabei, Esquire - Wheeler, DiUlio & Barnabei, PC
One Penn Center, Suite 1270, 1617 JFK Boulevard
Philadelphia, PA 19103 - (215) 568-2900

## DEFENDANTS

State Farm Fire and Casualty Company

County of Residence of First Listed Defendant    McLean, IL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Yolanda Konopacka DeSipio, Esquire, 960 Harvest Drive, Building B, Suite 100, Blue Bell, PA 19422; (267) 654-1116

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ❏ 1 U.S. Government Plaintiff | ❏ 3 Federal Question *(U.S. Government Not a Party)* |
| ❏ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ❏ 1 Original Proceeding | ❏ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from Another District *(specify)* | ❏ 6 Multidistrict Litigation - Transfer | ❏ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332, 1441 & 1446
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE      DOCKET NUMBER

DATE
12/07/2018

SIGNATURE OF ATTORNEY OF RECORD
*Yolanda K. DeSipio*

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

Print      Save As      Reset

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: **100 Aaron Way, North Wales, PA 19454**

Address of Defendant: **One State Farm Plaza, Bloomington, IL 61701-0001**

Place of Accident, Incident or Transaction: **1428 S. Vodges Street, Philadelphia, PA 19143**

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **12/07/2018** _____ *Yolanda D. DeSipio* _____ **62170**

                                 *Attorney-at-Law / Pro Se Plaintiff*             *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**  *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
    *(Please specify): _____*

**B.**  *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify): _____*
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify): _____*

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____ _____ _____
                            *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<u>**CASE MANAGEMENT TRACK DESIGNATION FORM**</u>

| | | |
|---|---|---|
| 1009 CLINTON PROPERTIES, LLC | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | JURY TRIAL OF 12 DEMANDED |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.  ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.  ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)  ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.  ( X )

| | |
|---|---|
| _Yolanda Konopacka DeSipio_ | |
| 12/07/18 | Yolanda Konopacka DeSipio |
| Date | Attorney-at-law (Attorney for Defendant) |
| 267-654-1116 | 267-654-1122     desipio@bbs-law.com |
| **Telephone** | **FAX Number**          **E-Mail Address** |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| 1009 CLINTON PROPERTIES, LLC | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | JURY TRIAL OF 12 DEMANDED |

**NOTICE FOR REMOVAL OF CIVIL ACTION
FROM STATE COURT**

AND NOW, comes defendant, State Farm Fire and Casualty Company (hereinafter "Defendant" or "Defendant State Farm") for the purpose only of removing the case to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

1.        This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, November Term, 2018, Docket No. 1168.

2.        Said action was commenced by the filing of a Civil Action Complaint on November 9, 2018.   A copy of plaintiff's Complaint is attached hereto and marked as Exhibit "1".

3.        The averments made herein are true and correct with respect to the date on which suit was commenced and the date upon which this notice is being filed.

4.        This suit is of a civil nature and involves a controversy between citizens of different states.   Plaintiff is a citizen of the Commonwealth of Pennsylvania.   Defendant State Farm is now, and was at the time plaintiff commenced this action and filed the Complaint, a corporation organized under the laws of the State of Illinois and with its principal place of business at One State Farm Plaza, Bloomington, Illinois.

5.        Defendant State Farm Fire has with the filing of this notice, given written notice to plaintiff's counsel.

6.      Defendant State Farm is also filing a copy of the instant notice of removal and all attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

7.      Defendant seeks to remove this matter to the United States District Court for the Eastern District of Pennsylvania.   Defendant asserts that the amount in controversy in this matter exceeds $75,000 based on plaintiff's Complaint.   As the moving party, defendant bears the burden of proving that jurisdiction is proper in federal court.   Russ vs. State Farm Mut. Auto. Ins. Co., 961 F.Supp. 808, 810 (E.D. Pa. 1997).

8.      In determining whether the jurisdictional amount has been satisfied, the Court must first look at the Complaint.   Angus vs. Shiley, Inc., 989 F.2d 142, 145 (3rd Circ. 1993).

9.      The Complaint asserts two causes of action against Defendant: (1) Breach of Contract (Count I); and (2) Statutory Bad Faith pursuant to 42 Pa.C.S.A. § 8371.

10.     The underlying lawsuit as alleged in the Complaint arises out of Defendant's handling and investigation of an alleged loss at plaintiff's property located at 1426 S. Vodges St., Philadelphia, PA 19143-5304, allegedly resulting in damage to the property.   See Exhibit "1"

11.     The Complaint alleges building repair damages from the subject incident totaling $90,374.19.   See Exhibit "1", at ¶ 4, and Exhibit "B" attached thereto (repair estimate by Property Loss Advisors).   Defendant inspected the subject property, obtained information and documents from plaintiff/plaintiff's public adjuster, and fully investigated the claim.   Based on its investigation, Defendant determined that there was no coverage for the subject incident and that the subject incident was expressly excluded from coverage under the terms, conditions and exclusions of the subject policy of insurance.   Accordingly, the contractual amount in controversy between the parties for building damages is presently approximately $90,374.19.

12.     Further, in Count II of the Complaint, for bad faith pursuant to 42 Pa. C.S.A. §8371, in addition to compensatory and/or consequential damages, plaintiff seeks *inter alia* punitive damages, attorney's fees, costs and statutory interest.    See Exhibit "1", at Count II, ¶ 16.

13.     Whether both actual and punitive damages are recoverable, punitive damages are properly considered in determining whether the jurisdictional amount has been satisfied.    Bell vs. Preferred Life Assurance Soc'y, 320 U.S. 238, 240, 88 L. Ed. 15, 64 S. Ct. 5 (1943).    If plaintiff is able to sustain a finding of bad faith, although the same is disputed by moving Defendant, it is not unreasonable to expect that a punitive damage award five or six times the amount in controversy, or beyond, could be rendered by the trier of fact.

14.     "If appropriately made . . . claims for punitive damages will generally satisfy the amount in controversy requirement because it cannot be stated to a legal certainty that the value of the plaintiff's claim is below the statutory minimum."    Huber v. Taylor, 2008 WL 2697774, 3 (3rd Cir. 2008)(citing to Golden ex rel. Golden v. Golden, 382 F.3d 348 (3rd Cir. 2004)).

15.     Moreover, attorney's fees must also be included in determining the amount in controversy.    Neff vs. General Motors Corp., 163 F.R.D. 478, 482 (E.D. Pa. 1995).    It would not be unreasonable to expect that over the course of an approximate nine month litigation of this nature, counsel could incur costs and fees in an amount approaching $25,000.

16.     Given plaintiff's claims for breach of contract and bad faith, coupled with plaintiff's demand for punitive damages and attorney's fees, the amount in controversy in this case is in excess of the $75,000 jurisdictional threshold for removal to Federal Court, in accordance with 28 § 1332(a).

17.     Defendant reiterates its demand for a jury trial of twelve.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, hereby removes this suit to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

BY:  _____

YOLANDA KONOPACKA DESIPIO, ESQUIRE
ROBERT T. GROLNICK, ESQUIRE
Attorneys for Defendant
Attorney ID Nos: 62170/82173
BENNETT, BRICKLIN & SALTZBURG LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1009 CLINTON PROPERTIES, LLC | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | JURY TRIAL OF 12 DEMANDED |

### NOTICE OF REMOVAL

**TO:**   Mario Barnabei, Esquire
Wheeler, DiUlio & Barnabei, P.C.
One Penn Center – Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103

PLEASE TAKE NOTICE that defendant, State Farm Fire and Casualty Company, has filed in this Court a verified Notice for Removal of the State Court action, 1009 Clinton Properties, LLC v. State Farm Fire and Casualty Company, now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, at docket number November Term, 2018, No. 01168.

PLEASE TAKE FURTHER NOTICE that a certified copy of the Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

PLEASE BE ADVISED that by virtue of 28 U.S.C. §1446(f), the State action is now removed to this Court. The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

BY:   _Yolanda Konopacka Desipio_
YOLANDA KONOPACKA DESIPIO, ESQUIRE
ROBERT T. GROLNICK, ESQUIRE
Attorneys for Defendant
Attorney ID Nos: 62170/82173
BENNETT, BRICKLIN & SALTZBURG LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100

Date: 12/07/18

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1009 CLINTON PROPERTIES, LLC | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | JURY TRIAL OF 12 DEMANDED |

### DEFENDANT'S CERTIFICATION OF FILING OF
### COPY OF NOTICE OF REMOVAL WITH STATE COURT

I, being duly sworn according to law, state that I am an attorney with the law firm of

Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, State Farm Fire and Casualty

Company; and that

I did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia

County a copy of the Notice of Removal, attached hereto, said filing to be made on or about

December 7, 2018.


BY:  _____
YOLANDA KONOPACKA DESIPIO, ESQUIRE
ROBERT T. GROLNICK, ESQUIRE
Attorneys for Defendant
Attorney ID Nos: 62170/82173
BENNETT, BRICKLIN & SALTZBURG LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100


Sworn to and subscribed
before me this 7th day
of _December_, 2018.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
MARY ELLEN EVANS, Notary Public
Philadelphia County
My Commission Expires December 16, 2021
Commission Number 1046985

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1009 CLINTON PROPERTIES, LLC | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | Jury Trial of 12 Demanded |

## CERTIFICATE OF SERVICE

I, being duly sworn according to law, state that I am an attorney with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, State Farm Fire and Casualty Company, and that a true and correct copy of this Removal Petition was filed electronically and is available for viewing and downloading from the Electronic Case filing system, and that a copy has been served via United States Mail, postage pre-paid, which constitutes service upon the following counsel of record:

Mario Barnabei, Esquire
Wheeler, DiUlio & Barnabei, P.C.
One Penn Center – Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103

BY: *Yolanda Konopacka Desipio*

YOLANDA KONOPACKA DESIPIO, ESQUIRE
ROBERT T. GROLNICK, ESQUIRE
Attorneys for Defendant
Attorney ID Nos: 62170/82173
BENNETT, BRICKLIN & SALTZBURG LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100

Date: 12/07/18

## AFFIDAVIT

I, being duly sworn according to law, do hereby depose and state that I am an attorney for

Defendant, State Farm Fire and Casualty Company, the Petitioner in the foregoing Notice of

Removal, that I have been duly authorized by the Petitioner to execute this Affidavit, that I am

familiar with the facts involved in this matter, and that the allegations set forth in the foregoing

Notice of Removal are true and correct to the best of my knowledge, information and belief.


YOLANDA KONOPACKA DESIPIO, ESQUIRE
ROBERT T. GROLNICK, ESQUIRE


Sworn to and subscribed
before me this 7th day
of December, 2018.

NOTARY PUBLIC

Commonwealth of Pennsylvania · Notary Seal
MARY ELLEN EVANS, Notary Public
Philadelphia County
My Commission Expires December 16, 2021
Commission Number 1046986

# EXHIBIT "1"

**WHEELER, DiULIO & BARNABEI, P.C.**
BY: Mario Barnabei, Esquire
Attorney I.D. No.: 317791
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: mbarnabei@wdblegal.com

THIS IS NOT AN ARBITRATION CASE
JURY TRIAL WAIVED. *Filed and Attested by the Office of Judicial Records*
*06 NOV 2018 01:19 pm*
*A. SILIGRINI*

---

| | |
|---|---|
| 1009 Clinton Properties, LLC<br>100 Aaron Way,<br>North Wales, PA, 19454-5304<br><br>vs.<br><br>State Farm Fire and Casualty Company<br>One State Farm Plaza<br>Bloomington, IL 61701 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>TERM, 2018<br><br><br>DOCKET NO. |

---

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

**THIS IS NOT AN ARBITRATION CASE.**
**JURY TRIAL WAIVED.**

**WHEELER, DiULIO & BARNABEI, P.C.**
BY:  Mario Barnabei, Esquire                                    Attorney for Plaintiff(s)
Attorney I.D. No.:  317791
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
Phone: (215) 568-2900
Email: mbarnabei@wdblegal.com

1009 Clinton Properties, LLC                   COURT OF COMMON PLEAS
100 Aaron Way,                                 PHILADELPHIA COUNTY
North Wales, PA, 19454-5304

        vs.                                            TERM, 2018

State Farm Fire and Casualty Company           DOCKET NO.
One State Farm Plaza
Bloomington, IL 61701

## CIVIL ACTION COMPLAINT (1C - Contract)

    1.     Plaintiff, 1009 Clinton Properties, LLC is a corporate entity duly organized and

existing under the laws of the Commonwealth of Pennsylvania which maintains its principal

place of business at the address set forth above.

    2.     Defendant, State Farm Fire and Casualty Company, is a corporation duly

organized and existing which is authorized to conduct business as an insurance company within

the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the

address set forth above and regularly issues policies of insurance within the City and County of

Philadelphia.

    3.     Defendant, in its regular course of business issued to Plaintiff a policy of

insurance ("the Policy") covering Plaintiff's property located at 1426 S. Vodges St., Philadelphia

PA 19143-5304 ("the Property").   A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

4.      On or about January 18, 2018, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto, made part hereof and marked Exhibit "B."

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's Loss, Defendant has not paid to Plaintiff all of the policy benefits to which they are entitled under the Policy.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiff's covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered Loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees has engaged in the following conduct:

a.     by sending correspondence falsely representing that Plaintiff's loss caused by a peril insured against under the Policy was not entitled to benefits due and owing under the Policy;

b.     in failing to complete a prompt and thorough investigation of Plaintiff's claim before representing that such claim is not covered under the Policy;

c.     in failing to pay Plaintiff's covered loss in a prompt and timely manner;

d.     in failing to objectively and fairly evaluate Plaintiff's claim;

e.     in conducting an unfair and unreasonable investigation of Plaintiff's claim;

f.     in asserting Policy defenses without a reasonable basis in fact;

g.      in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

h.      in failing to keep Plaintiff or their representatives fairly and adequately advised as to the status of the claim;

i.      in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiff or their representatives;

j.      in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiff's claim;

k.      in unreasonably withholding policy benefits;

l.      in acting unreasonably and unfairly in response to Plaintiff's claim;

m.      in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.     For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted  by law.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest, court costs, counsel fees and damages for delay.

WHEELER, DiULIO & BARNABEI, P.C.


BY:   _/s/ Mario Barnabei_____
          Mario Barnabei, ESQUIRE
          Attorney for Plaintiff(s)

*Civil Action Complaint*

## **VERIFICATION**

The undersigned hereby states that he is the plaintiff in this action and that the statements of

fact made in the foregoing document are true and correct to the best of his information and belief.

The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.

Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.


DATE: 10 22 18

_____

CLINTON PROPERTIES, LLC

**State Farm** State Farm Fire and Casualty Company
A Stock Company With Home Offices In Bloomington, Illinois
100 State Farm Place
Ballston Spa, NY 12020-8000

**DECLARATIONS PAGE**

Named Insured

AT2    Q
1009 CLINTON PROPERTIES, LLC
100 AARON WAY
NORTH WALES PA  19454-4270

000711  0046    H-13-024B-FBD0    R  F

**Policy Number**    98-EC-W747-1

**Policy Period**
12 Months
The policy period begins and ends at 12:01 am standard time at the residence premises.

| Effective Date | Expiration Date |
| --- | --- |
| DEC 5 2017 | DEC 5 2018 |

## RENTAL DWELLING POLICY- SPECIAL FORM 3

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Premises
1426 S VODGES ST
PHILADELPHIA PA  19143-5304

Named Insured: Limited Liability Company

| Coverages & Property | Limits of Liability | Inflation Coverage Index: 259.1 |
| --- | --- | --- |
| **Section I** | | Deductibles - Section I |
| A Dwelling | $ 79,500 | Basic    5%              $   3,975 |
| Dwelling Extension | $ 7,950 | |
| B Personal Property | $ 3,975 | |
| C Loss of Rents | Actual Loss | |
| **Section II** | | In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy. |
| L Business Liability | | |
| (Each Occurrence) | $ 1,000,000 | |
| Annual Aggregate | $ 2,000,000 | |
| M Medical Payments | | |
| (Each Person) | $ 1,000 | |

| Forms, Options, & Endorsements | | Policy Premium | $   584.00 |
| --- | --- | --- | --- |
| Special Form 3 | FP-8103.3 | Discount Applied: Home Alert | |
| Rental Dwelling Endorsement | FE-5610 | | |
| Actual Cash Value Endorsement | FE-3659 | | |
| Fungus Exclusion Endorsement | FE-5722 | | |
| Lead Poisoning Exclusion | FE-7783 | | |
| Modified Replacement Cost | FE-7466.2 | | |
| Amendatory Endorsement | FE-8238.3 | | |
| Debris Removal Endorsement | FE-7540 | | |
| Mandatory Reporting Endorsement | FE-5801 | | |

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-8001.3C

2888   151  I        Prepared    JAN 19 2018
1S
890

**GARY WINKLER**
215-725-6900

(CONTINUED)

555-7020 1  Rev. 10-2002

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067

| | |
|---|---|
| Insured: | Clinton Properties |
| Property: | 1426 Vodges St |
| | Philadelphia, PA 19143-5304 |

| | | | |
|---|---|---|---|
| Claim Rep.: | John Brandes | Business: | (888) 707-3262 |
| Estimator: | John Brandes | Business: | (888) 707-3262 |

**Claim Number:**          Policy Number: 98-EC-W747-1          **Type of Loss:** Freeze

| | | | | |
|---|---|---|---|---|
| Date of Loss: | 1/18/2018 | Date Received: | | |
| Date Inspected: | | Date Entered: | 2/14/2018 7:55 AM | |

| | |
|---|---|
| Price List: | PAPH7X_FEB18 |
| | Restoration/Service/Remodel |
| Estimate: | 2018-02-14-0755 |

Estimate information provided herein may be based on preliminary review and subject to correction, revisions, additions and deletions. Though this materials proof read, it may contain Typographical and/or other errors beyond our control. Rights reserved to change portions of the attached or supplemental information therein. Portions of the information contained herein may be compiled by the use of computer or other electronically generated means, Any errors or omissions either by virtue of misprint or by incorrect entries by a date processor should be considered a typographical error. We attempt to proof read all entries but the information contained herein has not been subject to scrupulous auditing and review.

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067

**2018-02-14-0755**

**Basement**

| Basement | | | | Height: 8' |
|---|---|---|---|---|
| 864.00 SF Walls | | | 560.00 SF Ceiling | |
| 1,424.00 SF Walls & Ceiling | | | 560.00 SF Floor | |
| 62.22 SY Flooring | | | 108.00 LF Floor Perimeter | |
| 108.00 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Boiler - natural gas - 130,000 BTU | 1.00 EA | 116.53 | 3,983.48 | 4,100.01 |
| R&R Breaker panel - 200 amp w/arc fault breakers | 1.00 EA | 152.44 | 2,099.29 | 2,251.73 |
| Megohmmeter check electrical circuits - single circuit | 1.00 EA | 0.00 | 103.12 | 103.12 |
| R&R Water heater - 50 gallon - Gas - 12 yr | 1.00 EA | 48.61 | 1,290.68 | 1,339.29 |
| Seal floor or ceiling joist system | 560.00 SF | 0.00 | 0.98 | 548.80 |
| Seal masonry - elastomeric sealer | 864.00 SF | 0.00 | 0.72 | 622.08 |
| Water seal the walls | | | | |
| Clean concrete the floor | 560.00 SF | 0.00 | 0.22 | 123.20 |
| Finish Carpenter - per hour | 8.00 HR | 0.00 | 63.75 | 510.00 |
| Labor to rebuild shelves and stair repair | | | | |

| Totals: Basement | | | | 9,598.23 |
|---|---|---|---|---|

| Total: Basement | | | | 9,598.23 |
|---|---|---|---|---|

**First Floor**

| Kitchen | | | | Height: 8' 4" |
|---|---|---|---|---|
| 382.61 SF Walls | | | 144.34 SF Ceiling | |
| 526.95 SF Walls & Ceiling | | | 144.34 SF Floor | |
| 16.04 SY Flooring | | | 45.31 LF Floor Perimeter | |
| 48.31 LF Ceil. Perimeter | | | | |

| Missing Wall - Goes to Floor | 3' X 6' 8" | | Opens into DINING_ROOM | |
|---|---|---|---|---|
| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |

Case ID: 181101168

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

### CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" blueboard - hung only (no tape or finish) | 144.34 SF | 0.35 | 1.20 | 223.73 |
| R&R Suspended ceiling system - 2' x 4' | 144.34 SF | 0.32 | 3.04 | 484.98 |
| R&R Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 11.71 | 105.05 | 116.76 |
| R&R Two coat plaster (no lath) | 191.31 SF | 0.76 | 5.37 | 1,172.73 |
| R&R Plastic laminate wall finish w/trim | 382.61 SF | 0.75 | 6.27 | 2,685.92 |
| R&R Exterior door slab - solid core lauan/mah./birch - flush | 1.00 EA | 9.01 | 174.80 | 183.81 |
| Door lockset - Detach & reset | 2.00 EA | 0.00 | 20.13 | 40.26 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 5.28 | 95.48 | 201.52 |
| Window trim set (casing & stop) | 14.00 LF | 0.00 | 3.35 | 46.90 |
| R&R Baseboard - 5 1/4" w/shoe | 45.31 LF | 0.47 | 5.25 | 259.18 |
| R&R Cabinetry - upper (wall) units | 32.00 LF | 6.31 | 116.50 | 3,929.92 |
| R&R Cabinetry - full height unit | 2.00 LF | 7.57 | 262.35 | 539.84 |
| R&R Cabinetry - lower (base) units | LF | 6.31 | 150.72 | 0.00 |
| R&R Countertop - flat laid plastic laminate | LF | 3.63 | 41.35 | 0.00 |
| R&R Tile floor covering | 144.34 SF | 2.11 | 10.12 | 1,765.28 |
| Floor leveling cement - Average | 144.34 SF | 0.00 | 2.43 | 350.75 |
| R&R 1/2" Cement board | SF | 0.70 | 4.24 | 0.00 |
| R&R Underlayment - 1/2" BC plywood | 144.34 SF | 1.32 | 1.95 | 471.99 |
| Sink - single - Detach & reset | 1.00 EA | 0.00 | 133.96 | 133.96 |
| R&R Sink faucet - Kitchen | 1.00 EA | 15.77 | 208.33 | 224.10 |
| R&R Ball valve - brass - 3/4" | 2.00 EA | 5.26 | 41.38 | 93.28 |
| R&R Garbage disposer | 1.00 EA | 21.02 | 229.70 | 250.72 |
| R&R Range - slide in - gas | 1.00 EA | 16.92 | 1,381.77 | 1,398.69 |
| R&R Dryer - Gas | 1.00 EA | 16.92 | 954.74 | 971.66 |
| R&R Built-in refrigerator - 36" | 1.00 EA | 91.37 | 2,492.84 | 2,584.21 |
| R&R Washer/Washing Machine - Top-loading | 1.00 EA | 22.51 | 711.05 | 733.56 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 526.95 SF | 0.00 | 0.49 | 258.21 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 45.31 LF | 0.00 | 1.47 | 66.61 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 24.32 | 48.64 |
| R&R Radiant heat manifold - 4 loop | 1.00 EA | 30.03 | 530.81 | 560.84 |

2018-02-14-0755

Case ID: 181101168

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

### CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Prime & paint radiator unit | 1.00 EA | 0.00 | 50.36 | 50.36 |
| Megohmmeter check electrical circuits - single circuit | 3.00 EA | 0.00 | 103.12 | 309.36 |
| General Demolition - per hour | 2.00 HR | 42.03 | 0.00 | 84.06 |
| To remove debris and contents | | | | |

| Totals: Kitchen | | | | 20,241.83 |
|---|---|---|---|---|

| Dining Room | | | | Height: 8' 4" |
|---|---|---|---|---|

345.00 SF Walls
501.37 SF Walls & Ceiling
17.38 SY Flooring
47.67 LF Ceil. Perimeter

156.38 SF Ceiling
156.38 SF Floor
39.83 LF Floor Perimeter

| Missing Wall | 3' X 8' 4" | Opens into | STAIRS |
|---|---|---|---|
| Missing Wall - Goes to Floor | 4' 10" X 6' 8" | Opens into | LIVING_ROOM |
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into | LAUNDRY_ROOM |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Two coat plaster (no lath) | 280.00 SF | 0.76 | 5.37 | 1,716.40 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 501.38 SF | 0.00 | 0.49 | 245.68 |
| Paint the walls and ceiling - two coats | 501.38 SF | 0.00 | 0.77 | 386.06 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 5.28 | 95.48 | 201.52 |
| R&R Casing - oversized - 3 1/4" | 36.00 LF | 0.43 | 2.45 | 103.68 |
| Paint door or window opening - 2 coats (per side) | 4.00 EA | 0.00 | 24.32 | 97.28 |
| Window trim set (casing & stop) | 14.00 LF | 0.00 | 3.35 | 46.90 |
| R&R Baseboard - 5 1/4" w/shoe | 39.83 LF | 0.47 | 5.25 | 227.83 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 39.83 LF | 0.00 | 1.47 | 58.55 |
| Interior door - Detach & reset | 1.00 EA | 0.00 | 62.65 | 62.65 |
| R&R Radiant heat manifold - 2 loop | 1.00 EA | 24.11 | 402.75 | 426.86 |
| Prime & paint radiator unit | 1.00 EA | 0.00 | 50.36 | 50.36 |
| R&R Underlayment - 1/2" BC plywood | 156.38 SF | 1.32 | 1.95 | 511.36 |
| R&R 1/2" Cement board | 156.38 SF | 0.70 | 4.24 | 772.52 |

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

**CONTINUED - Dining Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Tile floor covering | 156.38 SF | 2.11 | 10.12 | 1,912.53 |
| Floor leveling cement - Average | 156.38 SF | 0.00 | 2.43 | 380.00 |
| R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 4.50 | 64.91 | 277.64 |
| Megohmmeter check electrical circuits - single circuit | 1.00 EA | 0.00 | 103.12 | 103.12 |
| General Demolition - per hour | 2.00 HR | 42.03 | 0.00 | 84.06 |
| To remove debris and contents | | | | |

| Totals: Dining Room | | | | 7,665.00 |
|---|---|---|---|---|

| Living Room | | | Height: 8' 4" |
|---|---|---|---|
| | 455.28 SF Walls | 212.03 SF Ceiling | |
| | 667.31 SF Walls & Ceiling | 212.03 SF Floor | |
| | 23.56 SY Flooring | 53.67 LF Floor Perimeter | |
| | 58.50 LF Ceil. Perimeter | | |

| Missing Wall | 2' 10" X 8' 4" | Opens into | STAIRS |
|---|---|---|---|
| Missing Wall - Goes to Floor | 4' 10" X 6' 8" | Opens into | DINING_ROOM |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Two coat plaster (no lath) | 126.00 SF | 0.76 | 5.37 | 772.38 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 667.31 SF | 0.00 | 0.49 | 326.98 |
| Paint the walls - two coats | 455.28 SF | 0.00 | 0.77 | 350.57 |
| R&R Suspended ceiling system - 2' x 4' | 212.03 SF | 0.32 | 3.04 | 712.42 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | 5.28 | 95.48 | 100.76 |
| R&R Casing - oversized - 3 1/4" | 42.00 LF | 0.43 | 2.45 | 120.96 |
| Paint casing - oversized - two coats | 42.00 LF | 0.00 | 1.19 | 49.98 |
| R&R Baseboard - 5 1/4" w/shoe | 53.67 LF | 0.47 | 5.25 | 306.99 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 53.67 LF | 0.00 | 1.47 | 78.89 |
| R&R Radiant heat manifold - 8 loop | 1.00 EA | 41.86 | 804.36 | 846.22 |
| Prime & paint radiator unit | 1.00 EA | 0.00 | 50.36 | 50.36 |
| R&R Radiator cover - 23" to 32" tall | 5.00 LF | 2.11 | 69.66 | 358.85 |
| R&R Underlayment - 1/2" BC plywood | 212.03 SF | 1.32 | 1.95 | 693.34 |

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

### CONTINUED - Living Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Oak flooring - #1 common - no finish | 212.03 SF | 1.97 | 7.25 | 1,954.92 |
| Sand, stain, and finish wood floor | 212.03 SF | 0.00 | 3.97 | 841.76 |
| Add for dustless floor sanding | 212.03 SF | 0.00 | 1.00 | 212.03 |
| R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 4.50 | 64.91 | 277.64 |
| Megohmmeter check electrical circuits - single circuit | 1.00 EA | 0.00 | 103.12 | 103.12 |

Totals: Living Room                                                                                  8,158.17



| Stairs | | | | Height: 17' |
|---|---|---|---|---|

| 201.48 SF Walls | 24.00 SF Ceiling |
|---|---|
| 225.48 SF Walls & Ceiling | 52.13 SF Floor |
| 5.79 SY Flooring | 23.01 LF Floor Perimeter |
| 16.17 LF Ceil. Perimeter | |

| Missing Wall | 2' 10" X 17' | Opens into | LIVING_ROOM |
|---|---|---|---|
| Missing Wall | 2" X 17' | Opens into | Exterior |
| Missing Wall | 3' X 17' | Opens into | DINING_ROOM |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Seal the walls w/latex based stain blocker - one coat | 201.48 SF | 0.00 | 0.49 | 98.73 |
| Paint the walls - two coats | 201.48 SF | 0.00 | 0.77 | 155.14 |
| Sand, stain, and finish steps and/or risers | 15.00 LF | 0.00 | 14.61 | 219.15 |
| Paint balustrade - two coats | 31.00 LF | 0.00 | 22.02 | 682.62 |

Totals: Stairs                                                                                      1,155.64

Total: First Floor                                                                                 37,220.64

### Second Floor

Case ID: 181101168

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067



**Bedroom 3**                                                                   **Height: 8'**

362.51 SF Walls                              128.30 SF Ceiling
490.81 SF Walls & Ceiling                    128.30 SF Floor
14.26 SY Flooring                            45.31 LF Floor Perimeter
45.31 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Underlayment - 1/4" lauan/mahogany plywood | 128.30 SF | 1.32 | 1.62 | 377.21 |
| Remove Vinyl tile | 128.30 SF | 0.95 | 0.00 | 121.89 |
| Remove Carpet | 128.30 SF | 0.23 | 0.00 | 29.51 |
| Carpet | 147.55 SF | 0.00 | 3.01 | 444.13 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 128.30 SF | 0.10 | 0.56 | 84.68 |
| R&R Two coat plaster over 1/2" gypsum core blueboard | 181.25 SF | 0.92 | 7.03 | 1,440.94 |
| R&R Baseboard - 5 1/4" | 45.31 LF | 0.43 | 3.66 | 185.31 |
| R&R Interior door unit - High grade | 1.00 EA | 15.77 | 167.49 | 183.26 |
| R&R Casing - oversized - 3 1/4" MDF w/detail | 36.00 LF | 0.43 | 2.21 | 95.04 |
| R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | 1.80 | 10.13 | 23.86 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 4.50 | 64.91 | 138.82 |
| R&R Radiant heat manifold - 2 loop | 1.00 EA | 24.11 | 402.75 | 426.86 |
| R&R Window trim set (casing & stop) - hardwood | 16.00 LF | 0.43 | 4.51 | 79.04 |
| Seal the walls w/latex based stain blocker - one coat | 362.51 SF | 0.00 | 0.49 | 177.63 |
| Paint the walls - two coats | 362.51 SF | 0.00 | 0.77 | 279.13 |
| Paint door or window opening - 2 coats (per side) | 3.00 EA | 0.00 | 24.32 | 72.96 |
| Seal & paint baseboard, oversized - three coats | 45.31 LF | 0.00 | 1.80 | 81.56 |
| Prime & paint radiator unit | 1.00 EA | 0.00 | 50.36 | 50.36 |

Totals: Bedroom 3                                                                4,292.19

Case ID: 181101168

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067



**Hallway**                                                     **Height: 8'**

| | |
|---|---|
| 397.33 SF Walls | 88.63 SF Ceiling |
| 485.97 SF Walls & Ceiling | 88.63 SF Floor |
| 9.85 SY Flooring | 49.67 LF Floor Perimeter |
| 49.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Underlayment - 1/4" lauan/mahogany plywood | 88.63 SF | 1.32 | 1.62 | 260.57 |
| Remove Carpet | 88.63 SF | 0.23 | 0.00 | 20.38 |
| Carpet | 101.93 SF | 0.00 | 3.01 | 306.81 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 88.63 SF | 0.10 | 0.56 | 58.49 |
| R&R Two coat plaster over 1/2" gypsum core blueboard | 198.67 SF | 0.92 | 7.03 | 1,579.43 |
| R&R Baseboard - 5 1/4" | 49.67 LF | 0.43 | 3.66 | 203.15 |
| R&R Casing - oversized - 3 1/4" MDF w/detail | 36.00 LF | 0.43 | 2.21 | 95.04 |
| R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | 1.80 | 10.13 | 23.86 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 4.50 | 64.91 | 138.82 |
| Seal the walls w/latex based stain blocker - one coat | 397.33 SF | 0.00 | 0.49 | 194.69 |
| Paint the walls - two coats | 397.33 SF | 0.00 | 0.77 | 305.94 |
| Paint door or window opening - 2 coats (per side) | 3.00 EA | 0.00 | 24.32 | 72.96 |
| Paint door slab only - 2 coats (per side) | 3.00 EA | 0.00 | 29.22 | 87.66 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 20.13 | 20.13 |
| Seal & paint baseboard, oversized - three coats | 49.67 LF | 0.00 | 1.80 | 89.41 |
| Mask the walls per square foot - plastic and tape - 4 mil | 397.33 SF | 0.00 | 0.20 | 79.47 |

| | |
|---|---|
| Totals:  Hallway | 3,536.81 |

Case ID: 181101168

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067



**Bathroom**                                                                    Height: 8'

| | | |
|---|---|---|
| 208.00 SF Walls | | 41.56 SF Ceiling |
| 249.56 SF Walls & Ceiling | | 41.56 SF Floor |
| 4.62 SY Flooring | | 26.00 LF Floor Perimeter |
| 26.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Underlayment - 1/2" BC plywood | 41.56 SF | 1.32 | 1.95 | 135.90 |
| R&R Mortar bed for tile floors | 41.56 SF | 1.14 | 4.78 | 246.04 |
| Floor leveling cement - Light | 41.56 SF | 0.00 | 2.05 | 85.20 |
| R&R Tile floor covering | 41.56 SF | 2.11 | 10.12 | 508.28 |
| R&R Vinyl cove - 4" wrap | 26.00 LF | 1.64 | 7.75 | 244.14 |
| Toilet - Detach & reset | 1.00 EA | 0.00 | 218.39 | 218.39 |
| R&R Tub/shower faucet | 1.00 EA | 21.02 | 287.55 | 308.57 |
| R&R Bathtub | 1.00 EA | 63.05 | 795.34 | 858.39 |
| Sink - single - Detach & reset | 1.00 EA | 0.00 | 133.96 | 133.96 |
| R&R Vanity | 3.00 LF | 6.31 | 132.81 | 417.36 |
| Medicine cabinet - Detach & reset | 1.00 EA | 0.00 | 39.18 | 39.18 |
| R&R Ceramic/porcelain tile | 104.00 SF | 1.52 | 11.95 | 1,400.88 |
| R&R 1/2" Cement board | 104.00 SF | 0.70 | 4.08 | 497.12 |
| Radiator cover - Detach & reset | 2.00 LF | 0.00 | 6.69 | 13.38 |
| Plaster - Labor Minimum | 1.00 EA | 0.00 | 356.04 | 356.04 |
| To repair wall and ready for paint | | | | |
| Seal part of the walls w/latex based stain blocker - one coat | 104.00 SF | 0.00 | 0.49 | 50.96 |
| Paint part of the walls - two coats | 104.00 SF | 0.00 | 0.77 | 80.08 |
| R&R Interior door unit | 1.00 EA | 15.77 | 153.28 | 169.05 |
| Paint door slab only - 2 coats (per side) | 1.00 EA | 0.00 | 29.22 | 29.22 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 24.32 | 48.64 |
| Mask the walls per square foot - plastic and tape – 4 mil | 208.00 SF | 0.00 | 0.20 | 41.60 |

Totals: Bathroom                                                                          5,882.38

Case ID: 181101168

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067



| Bedroom 2 | | | | Height: 8' |
|-----------|--|--|--|------------|
| 350.67 SF Walls | | | 114.04 SF Ceiling | |
| 464.71 SF Walls & Ceiling | | | 114.04 SF Floor | |
| 12.67 SY Flooring | | | 43.83 LF Floor Perimeter | |
| 43.83 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|-------------|------|--------|---------|-------|
| R&R Underlayment - 1/4" lauan/mahogany plywood | 114.04 SF | 1.32 | 1.62 | 335.27 |
| Remove Carpet | 114.04 SF | 0.23 | 0.00 | 26.23 |
| Carpet | 131.15 SF | 0.00 | 3.01 | 394.76 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 114.04 SF | 0.10 | 0.56 | 75.26 |
| R&R Two coat plaster over 1/2" gypsum core blueboard | 175.33 SF | 0.92 | 7.03 | 1,393.87 |
| R&R Baseboard - 5 1/4" | 43.83 LF | 0.43 | 3.66 | 179.27 |
| R&R Casing - oversized - 3 1/4" MDF w/detail | 36.00 LF | 0.43 | 2.21 | 95.04 |
| R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 4.00 EA | 1.80 | 10.13 | 47.72 |
| R&R Interior door unit | 2.00 EA | 15.77 | 153.28 | 338.10 |
| R&R 110 volt copper wiring run, box and outlet | 3.00 EA | 4.50 | 64.91 | 208.23 |
| Seal the walls w/latex based stain blocker - one coat | 350.67 SF | 0.00 | 0.49 | 171.83 |
| Paint the walls - two coats | 350.67 SF | 0.00 | 0.77 | 270.02 |
| Paint door or window opening - 2 coats (per side) | 3.00 EA | 0.00 | 24.32 | 72.96 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 29.22 | 58.44 |
| Door lockset - Detach & reset | 2.00 EA | 0.00 | 20.13 | 40.26 |
| Seal & paint baseboard, oversized - three coats | 43.83 LF | 0.00 | 1.80 | 78.89 |
| Mask the walls per square foot - plastic and tape - 4 mil | 350.67 SF | 0.00 | 0.20 | 70.13 |

| Totals:  Bedroom 2 | 3,856.28 |
|--------------------|----------|

Case ID: 181101168

## Property Loss Advisors

1101 Kathy Drive
Yardley, PA 19067



**Bedroom 1**        **Height: 8'**

| | |
|---|---|
| 412.00 SF Walls | 163.13 SF Ceiling |
| 575.13 SF Walls & Ceiling | 163.13 SF Floor |
| 18.13 SY Flooring | 51.50 LF Floor Perimeter |
| 51.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Underlayment - 1/4" lauan/mahogany plywood | 163.13 SF | 1.32 | 1.62 | 479.60 |
| Remove Carpet | 163.13 SF | 0.23 | 0.00 | 37.52 |
| Carpet | 187.59 SF | 0.00 | 3.01 | 564.65 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 163.13 SF | 0.10 | 0.56 | 107.66 |
| R&R Two coat plaster over 1/2" gypsum core blueboard | 206.00 SF | 0.92 | 7.03 | 1,637.70 |
| R&R Baseboard - 5 1/4" | 51.50 LF | 0.43 | 3.66 | 210.64 |
| R&R Casing - oversized - 3 1/4" MDF w/detail | 36.00 LF | 0.43 | 2.21 | 95.04 |
| R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | 1.80 | 10.13 | 23.86 |
| R&R Interior door unit | 2.00 EA | 15.77 | 153.28 | 338.10 |
| R&R Bypass (sliding) door set - Colonist | 1.00 EA | 12.62 | 148.59 | 161.21 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 4.50 | 64.91 | 138.82 |
| Seal the walls w/latex based stain blocker - one coat | 412.00 SF | 0.00 | 0.49 | 201.88 |
| Paint the walls - two coats | 412.00 SF | 0.00 | 0.77 | 317.24 |
| Paint door or window opening - 2 coats (per side) | 3.00 EA | 0.00 | 24.32 | 72.96 |
| Paint door slab only - 2 coats (per side) | 6.00 EA | 0.00 | 29.22 | 175.32 |
| Door lockset - Detach & reset | 2.00 EA | 0.00 | 20.13 | 40.26 |
| Seal & paint baseboard, oversized - three coats | 51.50 LF | 0.00 | 1.80 | 92.70 |
| Mask the walls per square foot - plastic and tape - 4 mil | 412.00 SF | 0.00 | 0.20 | 82.40 |

Totals:  Bedroom 1        4,777.56

**Miscellaneous**

Case ID: 181101168

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

### CONTINUED - Miscellaneous

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Single axle dump truck - per load - including dump fees | 2.00 EA | 320.78 | 0.00 | 641.56 |
| General Demolition - per hour | 16.00 HR | 42.03 | 0.00 | 672.48 |
| 2 men 1 day | | | | |
| Residential Supervision / Project Management - per hour | 32.00 HR | 0.00 | 70.00 | 2,240.00 |
| Final cleaning - construction - Residential | 1,500.00 SF | 0.00 | 0.19 | 285.00 |
| Totals: Miscellaneous | | | | 3,839.04 |
| Total: Second Floor | | | | 26,184.26 |
| **Line Item Totals: 2018-02-14-0755** | | | | **73,003.13** |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,978.88 | SF Walls | 1,632.40 | SF Ceiling | 5,611.28 | SF Walls and Ceiling |
| 1,660.52 | SF Floor | 184.50 | SY Flooring | 486.13 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 494.96 | LF Ceil. Perimeter |
| | | | | | |
| 1,660.52 | Floor Area | 1,773.11 | Total Area | 3,712.12 | Interior Wall Area |
| 3,073.97 | Exterior Wall Area | 337.63 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Case ID: 181101168

**Property Loss Advisors**

1101 Kathy Drive
Yardley, PA 19067

## Summary for Dwelling

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 73,003.13 |
| Material Sales Tax | @ | 8.000% x | 28,444.51 | 2,275.56 |
| Cleaning Mtl Tax | @ | 8.000% x | 5.60 | 0.45 |
| | | | | 75,279.14 |
| Overhead | @ | 10.0% x | 75,279.14 | 7,527.91 |
| Profit | @ | 10.0% x | 75,279.14 | 7,527.91 |
| Cleaning Sales Tax | @ | 8.000% x | 490.38 | 39.23 |
| **Replacement Cost Value** | | | | **$90,374.19** |
| **Net Claim** | | | | **$90,374.19** |

John Brandes

Case ID: 181101168

Basement



Basement

Case ID: 181101168

First Floor



First Floor

Case ID: 181101168

Second Floor



2018-02-14-0755

10/17/2018        Page: 16

Case ID: 181101168