# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **1009 CLINTON PROPERTIES, LLC,** *Plaintiff,* | CIVIL ACTION |
| v. | No. 18-5286 |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant.* | |

## ORDER

**AND NOW**, this **4th** day of **March 2019**, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), Plaintiff's Response thereto (ECF No. 6), and Defendant's Reply (ECF No. 7) and in accordance with the Court's accompanying Opinion, it is hereby **ORDERED** and **DECREED** that Defendant's Motion to Dismiss (ECF No. 4) is **DENIED**. Defendant must file an answer to Plaintiff's Complaint on or before March 18, 2019.

BY THE COURT:

_____
**CHAD F. KENNEY, JUDGE**